Submitted on record and appellant's brief January 27, reversed February 7, 1978

STATE ex rel KEMERY, *Respondent,*
*v.*
KEMERY, *Appellant.*
(No. 410 092, CA 9101)
574 P2d 363

Nancy J. Snow, Family Law Center, Legal Aid Service of Multnomah County, Oregon, filed the brief for appellant.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and W. Benny Won, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Thornton and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The state confesses error.

Reversed.